CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

September 25, 2023

Christina M. Jepson, Esq.
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT  84111

Brian S. King, Esq.
Brian S. King, Attorney at Law
420 East South Temple, Suite 420
Salt Lake City, UT  84111

RE:  No. 23-4112 – Theo M., et al. v. Beacon Health Options, Inc., et al.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, production of the transcript is abated in this appeal until further notice from the court.

    This order authorizes the court reporter to stop work on preparation of the transcript.  It does not alter the obligation of counsel to pay for work already completed prior to the reporter's receipt of the order.

Sincerely,

DAVID W. AEMMER

*Denise McClure*

by:  Denise McClure

DWA:dm

c:  Kimberly Free, Clerk of Court
    Gary P. Serdar, Court Reporter